**Order entered November 15, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00909-CV

## MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC., Appellants

**V.**

## JENNIFER MUSSELL, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-03437

## ORDER

In response to the Court's directive to file written verification they had requested the reporter's record and paid or made arrangements to pay the reporter's fee, appellants have filed a letter informing the Court the reporter's record is not necessary for the appeal. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

As the clerk's record has been filed, we **ORDER** appellants to file their opening brief no later than December 6, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE